IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 23-CV-20413-RAR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ENGIN YESIL; DB PRIVATE WEALTH MORTGAGE, LTD; SAMER TAWFIK; and PETER CAM as TAX COLLECTOR for MIAMI-DADE COUNTY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**<u>NOTICE OF APPEARANCE</u>**

PLEASE TAKE NOTICE of the appearance of the undersigned, Brian K. Hole, of the law firm of Holland & Knight LLP, as counsel for Defendant DB Private Wealth Mortgage, Ltd. ("DBPWM ") n the above-referenced matter. All future pleadings, correspondence, etc., should be directed to the undersigned as counsel for Defendant, in addition to co-counsel already in this case.

Dated this 30th day of March, 2023.

By:    *s/ Brian K. Hole*
BRIAN K. HOLE
Florida Bar No. 19968
Brian.hole@hklaw.com
PHILIP E. ROTHSCHILD
Florida Bar No. 88536
Phil.rothschild@hklaw.com
Holland & Knight LLP
515 E Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tele: 954-525-1000 Fax: 954-463-2030
*Counsel for Defendant DB Private Wealth Mortgage, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served on this day on counsel identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Brian K. Hole*
Brian K. Hole

## SERVICE LIST

David A. Hubbert, Esq.
Daniel B. Causey, IV, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
Email:  Daniel.B.Causey@usdoj.gov
Of Counsel:
Markenzy LaPointe, U.S. Attorney S.D. of Florida
**Counsel for Plaintiff**

Derick R. Vollrath, Esq.
Marcus Neiman & Rashbaum LLP
100 SE 3rd Avenue, Suite 805
Fort Lauderdale, FL 33394-0002
Email:  dvollrath@mnrlawfirm.com
**Counsel for Engin Yesil**

#205034495_v1