UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20413-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ENGIN YESIL**, *et al.*,

    Defendants.

_____/

**ORDER ON JOINT STATUS REPORT AND
REFERRING CASE TO MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court upon the parties' Joint Status Report, filed on August 14, 2023. [ECF No. 19]. The Court conducted a hearing on the Joint Status Report on August 23, 2023. *See* [ECF No. 20]. The parties informed the Court at the hearing that settlement discussions are ongoing but would benefit from a settlement conference before a magistrate judge. Accordingly, the Court having carefully reviewed the file, the Joint Status Report, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1. The United States shall file its Amended Complaint on or before **September 13, 2023**.

    2. This case is hereby **REFERRED** for purposes of a settlement conference before Magistrate Judge Becerra. The parties shall coordinate with Judge Becerra to schedule the settlement conference on a date subsequent to the filing of the Amended Complaint. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be

confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **three (3) days** of the conference.

      3. Should the parties reach an impasse after conducting the settlement conference, the Court will reopen this case, restore it to the active docket, and require Defendants to file their responsive pleadings or answers within **ten (10) days**. The Court will also set a deadline for the parties to file their Joint Scheduling Report and Certificate of Interested Parties after reopening the case.

      4. The above-styled action shall remain administratively **CLOSED** pending completion of the settlement conference.

      **DONE AND ORDERED** in Miami, Florida this 23rd day of August, 2023.

      **RODOLFO A. RUIZ II**
      **UNITED STATES DISTRICT JUDGE**