IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ENGIN YESIL; *et al.*,
    Defendants,

CASE NO. 23-cv-20413-RAR

## NOTICE OF APPEARANCE

Assistant County Attorney, ILEANA CRUZ, hereby enters this Notice of Appearance as counsel to Defendant, PETER CAM, in his capacity as Tax Collector for Miami-Dade County, Florida, and requests that all future pleadings, correspondence, etc., be directed to undersigned.

Respectfully,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney

By: /s/ Ileana Cruz
    Ileana Cruz
    Assistant County Attorney
    Florida Bar No. 419140
    Miami-Dade County Attorney's Office
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128
    Telephone:   (305) 375-5296
    ileanac@miamidade.gov
    jesseca.absolu@miamidade.gov

*Counsel to Defendant, PETER CAM, as Miami-Dade County Tax Collector*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **30th day of August 2023**, this document was served electronically on counsel identified on the Service List below via transmission of Notices of Electronic Filing generated by the CM/ECF system.

By: */s/ Ileana Cruz*
Ileana Cruz

### SERVICE LIST

David A. Hubbert, Esq.
Daniel B. Causey, IV, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
Daniel.B.Causey@usdoj.gov

Of Counsel:
Markenzy LaPointe, U.S. Attorney S.D. of Florida
*Counsel for Plaintiff*

Derick R. Vollrath, Esq.
Marcus Neiman & Rashbaum LLP
100 SE 3rd Avenue, Suite 805
Fort Lauderdale, FL 33394-0002
dvollrath@mnrlawfirm.com
*Counsel for Engin Yesil*

Brian K. Hole
Philip E. Rothschild
Holland & Knight LLP
515 E Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Brian.hole@hklaw.com
Phil.rothschild@hklaw.com
*Counsel for Defendant DB Private Wealth Mortgage, Ltd.*