UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20413-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ENGIN YESIL**, *et al.*,

    Defendants.
_____/

## ORDER ON SETTLEMENT CONFERENCE

**THIS CAUSE** comes before the Court upon the Minute Entry for Proceedings Held Before Magistrate Judge Jacqueline Becerra, [ECF No. 40], indicating that the parties have reached an agreement resolving this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action shall remain administratively **CLOSED** without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order.

2. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of October, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**