UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-20413-RAR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ENGIN YESIL, *et al.*,

     Defendants.

_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** comes before the Court upon the Unopposed Motion to File Confidential Settlement Agreement Under Seal ("Motion"), [ECF No. 44].  The parties seek permission to file a confidential settlement agreement under seal for a period of eighteen months to allow them to "effectuate the terms of the settlement" without disclosing Defendant Engin Yesil's sensitive financial information.  After careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Motion, [ECF No. 44], is **GRANTED**.

2.    The confidential settlement agreement shall be filed with the Court and will remain under seal for a period of eighteen months from the date of its filing.

**DONE AND ORDERED** in Miami, Florida, this 1st day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**